# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:01-CR-189-GCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD ERIC SIMPSON, | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT sua sponte.

**NOW, THEREFORE, IT IS ORDERED** that the Bureau of Prisons and the United States Marshal Service is hereby ORDERED to transport and produce the body of Defendant, Chad Eric Simpson (USM# 14894-058), for a resentencing hearing before the undersigned, in the Western District of North Carolina, Charlotte on or before November 18, 2019 for a hearing on **November 19, 2019 at 10:30 a.m.,** and upon completion of the resentencing hearing, Defendant is to be returned to the Custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: October 23, 2019

Graham C. Mullen
United States District Judge