IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01-CR-189-GCM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD ERIC SIMPSON, | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT sua sponte.

**IT IS ORDERED** that the November 19, 2019 hearing is CANCELLED and the Order requiring transportation of defendant to the hearing is CANCELLED.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: October 31, 2019

Graham C. Mullen
United States District Judge