IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No.: 3:01-CR-189 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD ERIC SIMPSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court pursuant to the Court's Order to resentence [Doc. 11 in Case 3:16-CV-483] and it appearing that a hearing is not necessary.

IT IS THEREFORE ORDERED that the Defendant's sentence be reduced to 252 months, that the term of supervised release is four years, and that the special assessment be reduced to $200. All other terms and conditions previously imposed will remain the same.

IT IS FURTHER ORDERED that the Clerk certify copies of this Order to the Defendant, counsel for the Defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the United States Bureau of Prisons.

Signed: October 31, 2019

Graham C. Mullen
United States District Judge

1